IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROCHELLE CORY** | : CASE NO.: |
| Plaintiff, | : |
| v. | : |
| **THE BERLIN STEEL CONSTRUCTION COMPANY, and DONALD J. MILLER** | : |
| | : **NOVEMBER 22, 2005** |
| Defendant. | : |

## NOTICE OF REMOVAL

Defendant, Berlin Steel Company, Inc. ("Berlin Steel"), by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1441, hereby gives notice that it has removed from the Superior Court of Connecticut, Judicial District of New Britain, the action entitled *Rochelle Cory v. The Berlin Steel Construction Company, et al.*, Superior Court of the State of Connecticut, Judicial District of New Britain, Docket No. CV-05-5000419-S ("the Superior Court Action"), to this Court, the United States District Court for the District of Connecticut, and states as follows:

1.  On or about October 24, 2005, Plaintiff commenced the Superior Court Action against Defendants Berlin Steel and Donald J. Miller, Vice President of Berlin Steel. Defendant was served with the Complaint on or about October 24, 2005. Service of the summons and complaint was the Defendant's first notice of this action. This Notice of Removal has been filed within thirty days after service on Defendant. *See* 28 U.S.C. § 1446(b).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROCHELLE CORY** | : CASE NO.: |
| Plaintiff, | : |
| v. | : |
| **THE BERLIN STEEL CONSTRUCTION COMPANY**, and **DONALD J. MILLER** | : |
| | : NOVEMBER 22, 2005 |
| Defendant. | : |

## NOTICE OF REMOVAL

Defendant, Berlin Steel Company, Inc. ("Berlin Steel"), by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1441, hereby gives notice that it has removed from the Superior Court of Connecticut, Judicial District of New Britain, the action entitled *Rochelle Cory v. The Berlin Steel Construction Company, et al.*, Superior Court of the State of Connecticut, Judicial District of New Britain, Docket No. CV-05-5000419-S ("the Superior Court Action"), to this Court, the United States District Court for the District of Connecticut, and states as follows:

1.   On or about October 24, 2005, Plaintiff commenced the Superior Court Action against Defendants Berlin Steel and Donald J. Miller, Vice President of Berlin Steel. Defendant was served with the Complaint on or about October 24, 2005. Service of the summons and complaint was the Defendant's first notice of this action. This Notice of Removal has been filed within thirty days after service on Defendant. *See* 28 U.S.C. § 1446(b).

2. The Superior Court Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. The Superior Court Action is removable to the United States District Court pursuant to 28 U.S.C. § 1441(a) *et seq*. The Complaint alleges causes of action for alleged violations of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 623(a)(1) and 626(b). Supplemental jurisdiction of the state court claims is grounded on 28 U.S.C. § 1367.

3. The Superior Court Action is not an action described in 28 U.S.C. § 1445.

4. This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b), within thirty days of receiving notice of the claims that are being removed.

5. In accordance with 28 U.S.C. § 1446(a), and this Court's Standing Order in Removed Cases, attached hereto and made a part hereof as Exhibit 1 are copies of all process, pleadings, papers and orders served upon the Defendant in this action and/or filed in the Superior Court of Connecticut, Judicial District of New Haven.

6. This Notice of Removal is served upon all parties and filed with the Clerk of the Superior Court of Connecticut, Judicial District of New Haven, contemporaneously with this filing. *See* 28 U.S.C. § 1446(d).

WHEREFORE, the defendants, The Berlin Steel Construction Company and Donald J. Miller, pray that the above-referenced action now pending in the Superior Court of Connecticut, Judicial District of New Britain, Docket No. CV-05-5000419-S, be removed therefrom in its entirety to this Court, as provided by law, and, pursuant to 28 U.S.C. § 1446(d), that the Superior Court proceed no further unless and until the case is remanded.

**DEFENDANTS**
**THE BERLIN STEEL CONSTRUCTION**
**COMPANY and DONALD J. MILLER**

By: /s/ George J. Kelly, Jr.

George J. Kelly, Jr.
Fed. Bar No. ct06888
Siegel, O'Connor, O'Donnell &
 Beck, P.C.
150 Trumbull Street
Hartford, CT  06103
Tel.: (860) 727-8900
Fax: (860) 527-5131
Email: gkelly@siegeloconnor.com
Their Attorneys

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2005, a copy of this Notice of Removal was sent by first class mail, postage prepaid, to Jacqueline M. Forgione, Esq., Kenny & Brimmer, LLC, 5 Grand Street, Hartford, CT 06106, counsel for Plaintiff.

George J. Kelly, Jr.

# EXHIBIT 1

| | |
|---|---|
| **DOCKET NO.: CV-05-5000419-S** | : **SUPERIOR COURT** |
| | : |
| **ROCHELLE CORY** | : |
|     **Plaintiff** | : **JUDICIAL DISTRICT OF NEW** |
| | : **BRITAIN** |
| **v.** | : |
| | : |
| **THE BERLIN STEEL CONSTRUCTION** | : |
| **COMPANY and DONALD J. MILLER** | : |
|     **Defendant** | : **NOVEMBER 22, 2005** |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Jacqueline M. Forgione
       Kenny & Brimmer, LLC
       5 Grand Street
       Hartford, CT 06106

Please take notice that Defendants, The Berlin Steel Construction Company and Donald J. Miller, have, on the 22nd day of November, 2005, filed a Notice of Removal pursuant to 28 U.S.C. § 1441 with the Clerk of the United States District Court for the District of Connecticut. *See* Exhibit 1.

Defendants respectfully request that this Court take no further action on this file.

                                     **DEFENDANTS**
                                       **THE BERLIN STEEL CONSTRUCTION**
                                       **COMPANY and DONALD J. MILLER**

By: /s/ George J. Kelly, Jr.
                                       George J. Kelly, Jr.
                                       Siegel, O'Connor, O'Donnell
                                          & Beck P.C.
                                       150 Trumbull Street
                                       Hartford, CT 06103
                                       (860) 727-8900
                                       Juris No. 57730
                                       Their Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2005, a copy of this Notice of Filing of Notice of Removal was sent by first class mail, postage prepaid, to Jacqueline M. Forgione, Esq., Kenny & Brimmer, LLC, 5 Grand Street, Hartford, CT 06106, counsel for Plaintiff.

George J. Kelly, Jr.